# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  **SACV 19-00908JVS(ADSx)**                    Date  July 19, 2019

Title  **Roy Yiun v Tuan Minh Phan, et al**

Present: The
Honorable          **James V. Selna, US District Court Judge**

             Lisa Bredahl                                  Not Present
            Deputy Clerk                                 Court Reporter

    Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

            Not Present                                  Not Present

**Proceedings:**   (In Chambers)          ORDER TO SHOW CAUSE RE DISMISSAL
                                       FOR LACK OF PROSECUTION

   The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **July 30, 2019,** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

### ___X  Proof of service of summons and complaint

   Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

   It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

   **Scheduling Conference set for July 29, 2019 at 11:00 a.m. is continued to August 19, 2019 at 10:00 a.m.**

                                                             :        00

                            Initials of Preparer          lmb